IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEANDRE DEMUND JOHNSON,

    Petitioner,   No. CIV S-10-0722 GGH P

 vs.

GARY SWARTHOUT,

    Respondent.   <u>ORDER</u>

_____/

    Pursuant to the Order, filed on April 21, 2010, petitioner was directed, inter alia, either to submit the appropriate in forma pauperis affidavit or to pay the required $ 5.00 filing fee within twenty-eight days.  See 28 U.S.C. §§ 1914(a); 1915(a).  Court records indicate that, on May 14, 2010, petitioner paid the filing fee.

    Accordingly, IT IS ORDERED that petitioner has discharged his filing fee obligation, pursuant to 28 U.S.C. § 1914(a).

DATED: June 21, 2010     /s/ Gregory G. Hollows

             _____
             GREGORY G. HOLLOWS
             UNITED STATES MAGISTRATE JUDGE

GGH:009
john0722.fee